UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20019-BLOOM

UNITED STATES OF AMERICA

vs.

JESUS ANDRES CALLE-BALBIN,

    **Defendant.**

_____/

## FACTUAL PROFFER

Defendant, JESUS ANDRES CALLE-BALBIN (hereinafter referred to as "Defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt, the following facts pertaining to conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b).

1. On or about December 6, 2021, a Dutch DH-8 Maritime Patrol Aircraft (MPA) located a go-fast vessel (GFV) approximately 145 nautical miles north of La Guajira, Colombia in international waters and upon the high seas with three individuals on board. The HNLMS HOLLAND, which was in the area with U.S. Law Enforcement Detachment (LEDET) 109 on board, was diverted to investigate. Once in the vicinity, the HNLMS HOLLAND launched its helicopter and small boat with boarding team. Upon arrival at the scene of the GFV, the boarding team reported three people on board who were later identified as CARLOS DANIEL CANARIO-VILOMAR, JESUS CALLE-BALBIN, and JOSE ANTONIO CANARIO-VILOMAR. One of

the defendants made a verbal claim of Dominican Republic nationality for the GFV. Based on this claim, the government of the Dominican Republic was contacted, but advised it could not confirm nor deny registration of the vessel. Due to this response from the Government of Dominican Republic, the GFV was treated as a vessel without nationality, therefore, subject to the United States' jurisdiction.

2. Upon boarding the GFV, USCG officers located a total of nineteen 19 bales and three individual packages from the GFV which field tested positive for the presence of cocaine. The total weight of suspected cocaine that was recovered as a result of this interdiction exceeded five kilograms.

3. The volume and packaging of the narcotics in this case, as well as the means of transportation, are all consistent with the intent to distribute.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 4\1\22    By: _____
MICHELE S. VIGILANCE
ASSISTANT UNITED STATES ATTORNEY

Date: 3/31/22    By: _____
DANIEL RASHBAUM
ATTORNEY FOR THE DEFENDANT

Date: 3/31/22    By: _____
JESUS ANDRES CALLE-BALBIN
DEFENDANT